IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FRANKLIN LAMAR BACON,

    Plaintiff,

v.

CIVIL ACTION NO.: CV611-120

U.S. MARSHAL, Head Jailer, Emanuel
County Federal Jail Unit; Officer
MARTIE, U.S. Marshal; and
Ms. FAY, Jail Administrator,

    Defendants.

## ORDER

Plaintiff, an inmate currently incarcerated at Wilcox State Prison in Abbeville, Georgia, filed this action pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), contesting certain conditions of his confinement while he was housed at the "Emanuel County Federal Jail Unit" in Swainsboro, Georgia. He has now moved this Court to issue a Temporary Restraining Order against Defendants to cease, *inter alia*, retaliation, unwarranted searches, and physical abuse and assaults. As Plaintiff is no longer housed at the "Emanuel County Federal Jail Unit", the Court presumes Plaintiff seeks injunctive relief from these actions against persons at Wilcox State Prison, who are non-parties to this case. Plaintiff's Motion for issuance of a Temporary Restraining Order is hereby **DENIED**. If Plaintiff believes his constitutionally protected rights have been violated during his incarceration at Wilcox State Prison, he may file a complaint in the United States District Court for the Middle District of Georgia after exhausting all of his administrative remedies.

**SO ORDERED**, this 30th day of April, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)