AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FRANKLIN LAMAR BACON,

    Plaintiff,

v.

U.S. MARSHAL, Head Jailer, Emanuel
County Federal Jail Unit; Officer
MARTIE, U.S. Marshal; and
Ms. FAY, Jail Administrator,

    Defendants.

CIVIL ACTION NO.: CV611-120

## ORDER

Plaintiff has filed a Motion for Reconsideration of the Court's Order dated April 30, 2012. That Order denied Plaintiff's Motion for Temporary Restraining Order. Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated April 30, 2012, shall remain the Order of the Court.

**SO ORDERED**, this 22 day of May, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA