IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FRANKLIN LAMAR BACON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 611-120 |
| U. S. MARSHAL, Head Jailer, Emanuel County Federal Jail Unit, OFFICER MARTIE, U. S. MARSHAL, and MS. FAY, Jail Administrator, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. ACCORDINGLY, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims regarding an inadequate law library and the unavailability of the grievance procedure are dismissed, without prejudice. Plaintiff's claims against Emanuel County Federal Jail Unit, U. S. Marshal, Head Jailer, Officer Martie, U. S. Marshal, and Ms. Fay are dismissed, with prejudice.

SO ORDERED this __12__ day of June, 2012.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia